IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:12-00219 |
| | ) | Judge Sharp |
| COREY SMITH | ) | |

## MOTION TO ALLOW LIMITED APPEARANCE

Comes now the defendant, Corey Smith, by and through counsel of record, G. Kerry Haymaker, and hereby moves this Honorable Court to allow attorney, David R. Heroux a one time limited appearance for the status conference set on July 22, 2013, at 8:30 a.m. G. Kerry Haymaker is out of town and unreachable. Mr. Haymaker will be back in town and available on July 23, 2013.

Respectfully submitted,

**HAYMAKER & HEROUX, P.C.**

_/s G. Kerry Haymaker_
G. Kerry Haymaker, BPR 18695
Attorney for the Defendant
943 Main Street
Nashville, Tennessee 37206
(615)250-0050

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion for Leave to File Under Seal has been delivered by US Mail to **Brent Hannafan,** Assistant United States Attorney, 110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870 on this the 19th day of July, 2013.

_/s G. Kerry Haymaker_
G. Kerry Haymaker