UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-CR-00219(5) |
| | ) | |
| COREY LEE SMITH | ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW the Defendant, Corey Lee Smith, by and through undersigned counsel, and respectfully moves this Court for an extension of time in which to file the Defendant's Speedy Trial Waiver.

As grounds for same, it is submitted to the Court that counsel has been unable to meet with the Defendant following her surgery on January 9, 2014. Counsel has forwarded the waiver to the Defendant and shall file same immediately upon receipt.

Dated this the 22rd day of January, 2014.

By: /s/ Stephanie D. Ritchie
Stephanie D. Ritchie #024883
Attorney for Defendant
136 Franklin Street, Suite 200
Clarksville, TN 37040
(931) 648-9400

## CERTIFICATE OF SERVICE

I hereby certify that on the 22rd day of January, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Brent Adams Hannafan, Assistant US Attorney.

/s/ Stephanie D. Ritchie
Stephanie D. Ritchie