UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00219 |
| ) | JUDGE SHARP |
| COREY LEE SMITH ) | |

## O R D E R

The Court is in receipt of defendant's letter (Docket No. 194) requesting additional counsel. A hearing on this request is hereby scheduled for Thursday, January 30, 2014, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE