# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:12-00219 |
| | ) JUDGE SHARP |
| COREY LEE SMITH | ) |

## O R D E R

Defense Counsel's Motion to Withdraw as Counsel and Motion for Appointment of New Counsel (Docket No. 207) is hereby scheduled for a hearing on Friday, March 14, 2014, at 10:00 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE