TUVⓆUÞÃÜŒVÒÒ

*Kevin H. Sharp*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-CR-00219(5) |
| | ) | |
| COREY LEE SMITH | ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW the Defendant, Corey Lee Smith, by and through undersigned counsel, and respectfully moves this Court for an extension of time in which to file the Defendant's Memorandum in Support of Motion to Suppress. As grounds for same, it is submitted to the Court that co-counsel, John Nicoll was appointed to represent Defendant Smith on March 20, 2014. Defense Counsel Nicoll will be meeting with the Defendant on or about April 7, 2014, and will be able to effectively confer with the undersigned as regarding the previously filed Motion to Suppress. Assistant U.S. Attorney Hannafan has expressed no opposition to Defendant's motion.

Wherefore, it is respectfully requested that this Honorable Court grant an extension of time in which to file the Defendant's Memorandum in Support of Motion to Suppress.

Dated this the 3st day of March, 2014.

By: /s/ Stephanie D. Ritchie
Stephanie D. Ritchie #024883
Attorney for Defendant
136 Franklin Street, Suite 200
Clarksville, TN 37040
(931) 648-9400

## CERTIFICATE OF SERVICE

I hereby certify that on the 3st day of March, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Brent Adams Hannafan, Assistant US Attorney and John Nicoll, Attorney for Defendant.

/s/ Stephanie D. Ritchie
Stephanie D. Ritchie