UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00219 |
| | ) | Judge Sharp |
| COREY LEE SMITH [5] | ) | |

## ORDER

For the reasons stated on the record at the evidentiary hearing on June 27, 2014, Defendant's Motion to Suppress (Docket No. 206) is DENIED. Further, in light of Defendant's Notice of Intent to Plead Guilty (Docket No. 254), his (1) Motion to Sever (Docket No. 205); (2) Motion for Bill of Particulars (Docket No. 240); and (3) Motions In Limine (Docket Nos. 236-239) are DENIED AS MOOT.

A hearing on a plea of guilty in this matter is hereby scheduled for Monday, July 7, 2014, at 4:00 p.m.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE